

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00056-CV
_____

JAIME MURCIA, APPELLANT

V.

GERMANIA FARM MUTUAL INSURANCE ASSOCIATION, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B40829-1602; Honorable Kregg Hukill, Presiding

July 27, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is an unopposed motion to dismiss filed by Appellant, Jamie Murcia. By this motion, Murcia represents that he and Appellee, Germania Farm Mutual Insurance Association, have reached a settlement. Without passing on the merits of the appeal, Murcia's motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). As the motion does not indicate an agreement of the parties

regarding the allocation of costs, all costs on appeal shall be taxed against Murcia. *Id.* at 42.1(d). Having dismissed this appeal at Murcia's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam